RYAN ALEXANDER
Nevada Bar No. 10845
RYAN ALEXANDER, CHTD.
3017 West Charleston Blvd., Ste. 58
Las Vegas, NV 89102
Phone: (702) 868-3311
Fax: (702) 822-1133
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROCHELL RAIFORD,<br><br>     Plaintiff,<br><br>vs.<br><br>TERRA MIA TRADING, LLC, an Ohio Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>     Defendants. | CASE NO.: 2:16-cv-00923-JAD-PAL<br>Hon. Jennifer A. Dorsey<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ROCHELL RAIFORD, by and through her attorney of record, Ryan Alexander, Esq., of the law firm of Ryan Alexander, Chtd., and Defendant TERRA MIA TRADING, LLC, by and through its attorneys of record, Michael V. Cristalli, Esq., and Kory L. Kaplan, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), stipulate to the dismissal with prejudice of this action in its entirety, with each party to bear their own costs and fees.

## <u>ORDER</u>

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated:  July 7, 2016.

_____
UNITED STATES DISTRICT JUDGE

IT IS HEREBY STIPULATED.

Dated this 6th day of July, 2016.

RYAN ALEXANDER, CHTD.


By:  _/s/Ryan Alexander_____
    RYAN ALEXANDER, ESQ.
    Nevada Bar No. 10845
    3017 West Charleston Blvd., Suite 58
    Las Vegas, NV 89102
    Attorney for Plaintiff

Dated this 6th day of July, 2016.

GENTILE CRISTALLI
MILLER ARMENI SAVARESE


By:  ____/s/Kory L. Kaplan_____
    MICHAEL V. CRISTALLI, ESQ.
    Nevada Bar No. 6266
    KORY L. KAPLAN, ESQ.
    Nevada Bar No. 13164
    410 South Rampart Blvd., #420
    Las Vegas. Nevada  89145
    *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED this ____ day of _____, 2016.


_____
U.S. DISTRICT COURT JUDGE